# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2021-2655
_____

DEANDRE PERRYMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit County for Leon County.
Stephen S. Everett, Judge.

November 15, 2023

PER CURIAM.

We reject Appellant's arguments raised on appeal and affirm his conviction. However, as conceded by the Appellee, we reverse and remand for a corrected sentencing order. The trial court erred in imposing a twenty-five-year minimum mandatory sentence pursuant to section 775.087(2)(a)3., Florida Statutes, for counts one and two. The Appellant should have been sentenced according to section 775.087(2)(a)2., wherein the minimum sentence is twenty years in prison. Additionally, the charged offense of shooting into or within a building, count three, is not one of the enumerated offenses that fall under section 775.087. Therefore, the minimum mandatory sentence of twenty-five years imposed for count three is vacated.

Appellant's prison releasee reoffender (PRR) sentence must be concurrent with the sentence he received pursuant to section 775.087. *See McDonald v. State*, 957 So. 2d 605 (Fla. 2008).

Finally, the judgment and sentence order should be corrected to show the correct sections of 782.04(1)(a)1. and 782.04(2), Florida Statutes, respectively. The charged offense within the judgment should also read as attempted second-degree murder, instead of attempted first-degree murder with a firearm, as to count two.

Appellant need not be present for entry of the corrected sentence.

AFFIRMED in part, REVERSED in part, and REMANDED with instructions.

OSTERHAUS, C.J., and B.L. THOMAS and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Candice Kaye Brower, Criminal Conflict & Civil Regional Counsel, and Melissa Joy Ford, Assistant Conflict Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.